**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO A. NUNEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID PAXTON ZABEL, et al.,<br><br>        Respondents. | NO. 15-842-DMG(E)<br><br>JUDGMENT |

Pursuant to the "Order Dismissing Petition Without Prejudice and Without Leave to Amend,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 27, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE